**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

November 27, 2024

**VIA ECF**

# MEMO ENDORSED

Chief District Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re: *United States v. Lebron, Terrero-Barista*, 24 Cr. 650 (LTS)

Dear Chief Judge Swain:

    I was appointed as CJA counsel for Mr. Arturo Rodrigo Terrero-Barista on October 10, 2024 (Dkt. 4). I respectfully write to request that the Court order corrections to the docket sheet to address two inaccuracies:

1. **Remove the indication that my representation of Mr. Terrero-Barista was "terminated."**
   The docket correctly reflects my appointment as counsel for Mr. Terrero-Barista (Dkt. 5). However, the "represented by" entry in the "Defendant (2)" section incorrectly indicates that my relationship with Mr. Terrero-Barista has been terminated. This is not accurate.

2. **Correct the record to reflect that I do not represent Mr. Jeison Lebron.**
   It appears I was inadvertently added as counsel for co-defendant Mr. Lebron. While the docket notes my representation as "terminated" in the "Defendant-1" section, any reference to me as Mr. Lebron's counsel is erroneous. If removing this reference entirely is not feasible, the "Terminated" notation may remain as a clarification.

    Accordingly, I respectfully request that the Court issue an order directing the corrections outlined above. Should the Court require any additional information or clarification, I would be happy to provide it.

    Thank you for your attention to this matter and for your consideration of this request.

Respectfully submitted,

Eylan Schulman

cc: AUSA Joseph Rosenberg
    Christopher D. Wright, Esq.

The foregoing requests are granted. The Clerk of the Court is directed to make the foregoing changes to the docket sheet.
SO ORDERED.
12/2/2024
/s/ Laura Taylor Swain, Chief USDJ