

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 23, 2025

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Lebron, et al.*, 24 Cr. 650 (LTS)

Dear Chief Judge Swain:

      The Government writes to request, with defendants' consent, that the Court adjourn the May 1, 2025 pretrial conference scheduled in the above-referenced matter for approximately 45 days.  Should the Court grant the requested adjournment, the Government respectfully requests, again with defendants' consent, that the time between May 1, 2025, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The exclusion of time will permit the defendants to continue reviewing discovery and to evaluate whether to make pretrial motions, and it will enable the parties to continue engaging in discussions about potential pretrial resolutions.

Respectfully Submitted,

JAY CLAYTON
United States Attorney

by: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

---

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **June 6, 2025, at 12:30pm**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through June 6, 2025, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE # 22 is resolved.
SO ORDERED.
4/24/2025
/s/ Laura Taylor Swain, Chief USDJ