

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 28, 2025

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Lebron, et al.*, 24 Cr. 650 (LTS)

Dear Chief Judge Swain:

    The Government writes to request, with defendant's consent, that the Court schedule a waiver-of-indictment and change-of-plea proceeding for Jean Carlos Burgos, who is currently charged by complaint in 25 Mag. 905. Following consultation with Your Honor's chambers, the parties request that Your Honor schedule the waiver and plea proceeding for Wednesday, May 21 at 11:00 a.m.

Respectfully Submitted,

JAY CLAYTON
United States Attorney

by: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

Cc:   Yusuf A. El Ashmawy, Esq. (counsel for Jean Carlos Burgos)

---

The foregoing request for a hearing is granted. The hearing is hereby scheduled for **May 21, 2025, at 11:00am**. DE#24 is resolved.
SO ORDERED.
4/28/2025
/s/ Laura Taylor Swain, Chief USDJ