UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                                                             No. 24CR650-LTS

JEISON LEBRON (1)

                 Defendant(s).
-------------------------------------------------------------X

## ORDER

The pretrial conference previously scheduled for **July 16, 2025**, is **cancelled** until further order of the Court

Dated: New York, New York
         June 12, 2025

                                                                  /s/ *Laura Taylor Swain*
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge